# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

JOHNNIE H. BIDDIE, )
)
                Plaintiff, )
)
                v. )         No. CIV-07-090-FHS-SPS
)
MICHAEL J. ASTURE, )
Commissioner Social Security )
Administration, )
)
                Defendant. )

## OPINION AND ORDER

On August 1, 2008 the United States Magistrate Judge for this District filed Findings and Recommendations in this case. On August 11, 2008, the plaintiff filed an objection to those findings arguing the ALJ failed to properly develop the record as to the Plaintiff's mental impairments and the ALJ erred in not recognizing plaintiff's arm and shoulder impairments as severe.

This Court finds the Findings of the Magistrate Judge applied the proper standards and documents numerous references to the record which support the recommendation of the Magistrate Judge that the Commissioner's decision be **sustained**. As a result, Plaintiff's exceptions or objections to those Findings and Recommendations are without merit and are **denied**.

Upon consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate Judge be **SUSTAINED** and adopted by this Court as this Court's Findings and Order.

**IT IS SO ORDERED** this 13th day of August, 2008.

Frank H. Seay  
United States District Judge  
Eastern District of Oklahoma